1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TREVOR RUSIN  (CABN 241940)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3695
7     Fax: (510) 637-3724
      E-Mail: trevor.rusin@usdoj.gov
8

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )   No. CR 10-00325 CW
14                                  )
                                    )
15      v.                          )   [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM JUNE 15, 2010, TO JUNE 25,
16 JOSE GARCIA-VILLEGAS,            )   2010, FROM SPEEDY TRIAL ACT
                                    )   CALCULATION (18 U.S.C. §
17                                  )   3161(h)(7)(A) and (B))
        Defendant.                  )
18                                  )
                                    )
19 _____  )

20         For the reasons stated in open court and to which the parties stipulated on June 15,

21 2010, the Court ordered time excluded under the Speedy Trial Act from June 15, 2010, to June

22 25, 2010, to allow defense counsel to investigate the matter and additional legal issues.  The

23 Court found that (A) failure to grant the continuance would unreasonably deny the defendant the

24 reasonable time necessary for effective preparation and review of discovery, taking into account

25 the exercise of due diligence, and (B) the ends of justice served by the continuance outweigh the

26 //

27 //

28 //

[*United States* v. *Jose Garcia-Villegas*, CR 10-00325-CW]
[Order Excluding Time]

1  best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A)
2  & (B)(iv).

4        IT IS SO ORDERED.

6  DATED: June 23, 2010

                          HON. DONNA M. RYU
                          United States Magistrate Judge

[*United States* v. *Jose Garcia-Villegas*, CR 10-00325-CW]
[Order Excluding Time]