JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00325 CW |
| ) | |
| v.  ) | ORDER EXCLUDING TIME FROM JUNE 25, 2010, TO JULY 26, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) |
| ) | |
| JOSE GARCIA-VILLEGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     For the reasons stated in open court and to which the parties stipulated on June 25, 2010, the Court ordered time excluded under the Speedy Trial Act from June 25, 2010, to July 26, 2010, to allow defense counsel to investigate the matter and additional legal issues, and for continuity of counsel.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B) the ends of justice

//

//

//

[*United States* v. *Jose Garcia-Villegas*, CR 10-00325-CW]
[Order Excluding Time]

1. served by the continuance outweigh the best interests of the public and the defendant in a speedy
2. trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).
3.
4.       IT IS SO ORDERED.
5.
6. DATED:  7/6/2010
7.                                   HON. DONNA M. RYU
                                  United States Magistrate Judge

[*United States* v. *Jose Garcia-Villegas*, CR 10-00325-CW]
[Order Excluding Time]