IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 10-00325 CW |
|---|---|
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| JOSE GARCIA-VILLEGAS, | |
| Defendant. / | |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Jose Garcia-Villegas' plea of guilty is accepted by the Court as to Count (1) One  of the Indictment charging Defendant Jose Garcia-Villegas with Illegal Entry into the United States following Deportation in violation of 8 U.S.C. §§ 1326 (a) and (b). Sentencing is set for Wednesday, September 29, 2010 at 2:00 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 9/10/10

*(signature)*
CLAUDIA WILKEN
United States District Judge

cc: Sue; DMR